UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 4:24-CR-352 MAL |
| | ) | |
| DAVID A. PARKS, M.D. and | ) | |
| JAMES BILDERBACK, | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is Defendant David Parks' Motion to Continue Trial Date (Doc. [151]). Trial in this matter is currently set for October 26, 2026. Counsel states additional time is needed due to the health condition of Defendant Parks following his recent surgery. The Government does not oppose Defendant's motion, and Defendant has filed an executed Waiver of Speedy Trial (Doc. [149]). Defendant Bilderback also does not object to the request for a continuance and has also filed an executed Waiver of Speedy Trial (Doc. [152]).

For the reasons stated in Defendant's motion, the Court finds that to deny Defendant's request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Continue (Doc. [151]) is **GRANTED**.

**IT IS FURTHER ORDERED** that trial in this matter is continued to **January 25, 2027, at 9:00 a.m.,** in the courtroom of the undersigned.

**IT IS FINALLY ORDERED** that the time between October 26, 2026, and January 25, 2027, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 31st day of August, 2026.

Maria A. Lanahan

MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE